# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-6261 ODW(AGRx) | Date | February 10, 2011 |
|---|---|---|---|
| Title | Adrineh Karimian v. Santander et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

The Court is in receipt of the Notice of Settlement [23] filed February 4, 2011. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, March 14, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |